**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 31, 2018.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-18-00248-CV

———

### IN RE EDWARD CHARLES KNOBLAUCH, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-24544**

---

## MEMORANDUM OPINION

On April 6, 2018, relator Edward Charles Knoblauch filed a petition for writ of mandamus in this this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris

County, to vacate her (1) February 22, 2018 temporary orders pending appeal; and (2) February 23, 2018 judgment in the garnishment action.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.